AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

Shawn O'Dell

**JUDGMENT IN A CIVIL CASE**

V.

Melba School District

Case Number: 1:11-cv-00293-BLW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Agreement by Plaintiff and Defendant.** Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant has filed an offer to allow judgment to be entered and Plaintiff has filed an Acceptance of Judgement Offer therefor,
IT IS ORDERED AND ADJUDGED
that Judgement is hereby entered against Defendant, Melba School District in the amount of Twenty Five Thousand and 00/100 dollars ($25,000.00). Judgement amount set forth herein includes any attorney fees allowable by contract or law and costs incurred to date.

August 10, 2011
Date

ELIZABETH A. SMITH
Clerk

(By) Deputy Clerk